# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Arturo Beltran-Leyva, et. al.**

2. Related Magistrate Court Docket Number(s):

3. Arrest Date:

4. Nature of offense(s): ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules) ______________________________

6. Projected Length of Trial: Less than 6 weeks (X)
   More than 6 weeks ( )

7. County in which crime was allegedly committed: Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed? ( X ) Yes ( ) No

9. Have arrest warrants been ordered? (X ) Yes () No

10. Is a capital count included in the indictment? ( ) Yes (X ) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: ______________________________
Andrea Goldbarg
Assistant U.S. Attorney
718-254-7578

Rev. 10/01/03