VICE

49 South Second Street
Brooklyn, NY 11211
Phone: 718-215-5774
Yonatan.berkovits@vice.com

October 11, 2018

RECEIVED
HON. Brian M. Cogan

OCT 15 2018

**VIA FEDEX**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Beltran-Levya, et al.* 09-cr-466 - Request for Access to *voir dire*

Dear Judge Cogan,

I am writing on behalf of Vice Media LLC ("Vice") to join the request of Newsday (Dkt. No. 339) and The New York Times Company (Dkt. No. 345) that *voir dire* in the upcoming trial of Joaquin Guzman Loera be conducted in open court.

As Newsday and the New York Times Company have stressed, "the guarantee of open public proceedings in criminal trials extends to the *voir dire* examination of potential jurors. *ABC, Inc. v Stewart*, 360 F3d 90, 98 (2d Cir. 2004). In this international, high-profile case, it is all the more important for the public to have access to all stages of this trial as "[p]ublic scrutiny of a criminal trial enhances the quality and safeguards the integrity of the factfinding process, with benefits to both the defendant and to society as a whole." *Id.* (*citing Globe Newspaper Co. v. Superior Court*, 457 U.S. 596, 605-06 (1982)). The world will be watching this trial, and it is important that there is confidence in our judicial system and the result in this case.

Thank you in advance for your attention to this important matter.

Respectfully Submitted,

Yonatan Berkovits

Vice-President, Business & Legal Affairs
Vice Media LLC

ORIGIN ID:GAMA (718) 215-5774
YONATAN BERKOVITS
VICE
32 B SOUTH 1ST ST.

BROOKLYN, NY 11249
UNITED STATES US

SHIP DATE: 11OCT18
ACTWGT: 1.00 LB
CAD: 104710102/INET4040

BILL SENDER

TO THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN NY 11201

(718) 613-2230 REF: VNTGENOH18/8200
INV:
PO: DEPT:

552J1/88FB/DCA5

FedEx Express

E

J182118081501uv

FRI - 12 OCT 10:30A
PRIORITY OVERNIGHT

TRK# 0201 7734 5860 8660

E2 EGXA

11201
NY-US EWR

FedEx Ship Manager - Print Your Label(s)

10/11/2018